```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

**SIDNEY STALLWORTH, #45129**                                    **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 4:05cv127TSL-JCS**

**LARRY GREER, UNKNOWN THOMAS,**
**UNKNOWN BONNER, WILLIE H. BOOKERT,**
**and CHRISTOPHER B. EPPS**                                     **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed for failure to state a claim, pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii), with prejudice.

SO ORDERED AND ADJUDGED, this the   22nd   day of May, 2006.


                          /s/ Tom S. Lee
                        UNITED STATES DISTRICT JUDGE