IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SIDNEY STALLWORTH, #45129                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 4:05cv127TSL-JCS
                                    APPEAL NO. _____

LARRY GREER, UNKNOWN THOMAS,
UNKNOWN BONNER, WILLIE H. BOOKERT,
and CHRISTOPHER B. EPPS                                      DEFENDANTS

<u>ORDER</u>

Upon consideration of the appeal to the United States Court of Appeals for the Fifth

Circuit filed by the plaintiff in the above entitled action, the court notes that the plaintiff failed to

pay the appeal fee in the amount of $455.00 or to complete an application to proceed <u>in forma</u>

<u>pauperis</u>.  Accordingly, it is hereby

ORDERED:

1.  That within 20 days of the entry of this order the plaintiff shall file a completed

application for leave to proceed <u>in forma pauperis</u> or pay the required appeal filing fee of

$455.00.

2.  That the Clerk shall mail the attached <u>in forma pauperis</u> application to the plaintiff at

his last known address.

Failure to advise this court of a change of address or failure to comply with any order of

this court will be deemed as a purposeful delay and contumacious act by the plaintiff and may

result in the denial of <u>in forma pauperis</u> status.

THIS the 23rd day of June, 2006.


                    *s/ James C. Sumner* _____
                    UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


                                                                          Petitioner

v.                                              CIVIL ACTION NO. _____
                                                APPEAL NO. _____

                                                                          Respondent

## _____ MOTION TO PROCEED *IN FORMA PAUPERIS*

I, _____, declare that I am the petitioner in the
above-entitled proceeding; that in support of my request to proceed without prepayment of fees
or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings
and that I am entitled to the relief sought in the complaint.

Signed:_____        Date:_____

---------------------------------------------------------------------------------------------------------------

**Form 4 of Federal Rules of Appellate Procedure**
**Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

| INSTRUCTIONS |
| --- |
| **Complete all questions in this application and then sign it.  Do not leave any blanks: if the answer to a questions is "0," "none," or "not applicable (N/A)," write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with you name, your case's docket number, and the question number.** |

## AFFIDAVIT  IN  SUPPORT  OF  MOTION

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay
the docket fees of my appeal or post a bond for them.  I believe I am entitled to redress.  I swear
or affirm under penalty of perjury under United States laws that my answers on this form are true
and correct.  (28 U.S.C. §1746; 18 U.S.C. §1621)

Signed:_____
Date:_____

My issues on appeal are:

_____

_____

_____

_____

.

1.      For both you and your spouse estimate the average amount of money received from each
        of the following sources during the past 12 months. Adjust any amount that was received
        weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  Use
        gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source: | Average monthly amount during the past 12 months | Amount expected next month |
|---|---|---|
| | You | You |
| Employment | $_____ | $_____ |
| Self-employment | $_____ | $_____ |
| Income from real property such as rental income) | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ |
| Gifts | $_____ | $_____ |
| Alimony | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Retirement (such as social security pensions, annuities, insurance) | $_____ | $_____ |
| Disability (such as social security insurance payments) | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly income: | $_____ | $_____ |

2.      List your employment history, most recent employer first. (Gross monthly pay is before
        taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
| | | | |
| | | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

3.      List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4.      How much cash do you and your spouse have? $_____
         Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| FINANCIAL INSTITUTION | TYPE OF ACCOUNT | AMOUNT YOU HAVE | AMOUNT YOUR SPOUSE HAS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| HOME            (VALUE) | OTHER REAL ESTATE    (VALUE) | OTHER ASSETS          (VALUE) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

MOTOR VEHICLE # 1          VALUE: _____    MAKE & YEAR: _____
                                                                                    MODEL: _____
                                                                  REGISTRATION #: _____

MOTOR VEHICLE # 2          VALUE: _____    MAKE & YEAR: _____

MODEL: _____
REGISTRATION #: _____

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| PERSON OWING YOU OR YOUR SPOUSE MONEY | AMOUNT OWED TO YOU | AMOUNT OWED TO YOUR SPOUSE |
|---|---|---|
| | | |
| | | |
| | | |

7.    State the persons who rely on you or your spouse for support.

| NAME | RELATIONSHIP | AGE |
|---|---|---|
| | | |
| | | |
| | | |

8.    Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included?   [ ] Yes [ ] No | | |
| Is property insurance included?   [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or | $_____ | $_____ |

included in Mortgage payments)

| | | |
|---|---|---|
| Homeowner's or renter's | $_____ | $_____ |
| Life | $_____ | $_____ |
| Health | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or<br>included in Mortgage payments)<br>(specify): _____ | $_____ | $_____ |
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Credit card (name): _____ | $_____ | $_____ |
| Department store (name): _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support<br>paid to others | $_____ | $_____ |
| Regular expenses for operation of<br>business, profession, or farm<br>(attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $_____ | $_____ |

9.     Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [ ] No If yes, describe on an attached sheet.

10.    Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form? [ ]Yes   [ ] No

If yes, how much? $_____
If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11.    Have you paid--or will you be paying--anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
[ ] Yes [ ] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12.     Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13.     State the address of your legal residence.

_____

_____

Your daytime phone number: ____ _____

Your age: _____ Your years of schooling: _____

Your social-security number: _____

Signed under penalty of perjury: _____

Date: _____

----------MUST BE COMPLETED BY PETITIONER---------

Authorization for Release of Institutional Account Information and
Payment of the Appeal Filing Fee

I, _____, _____
   (Name of Petitioner)                              (Prisoner Number)
authorize the Clerk of Court to obtain, from the agency having custody of my person, information
about my institutional account, including balances, deposits and withdrawals.  The Clerk of Court
may obtain my account information from the past six months and in the future, until the appeal filing
fee is paid.  I also authorize the agency having custody of my person to withdraw funds from my
account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.


_____
(Signature of Petitioner)

_____
(Date)


> **IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON
> OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW**

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $_____
on account to his credit at the _____ institution where he is
confined.  I further certify that the applicant likewise has the following securities to his credit
according to the records of said institution:
_____.

I further certify that during the last six (6) months the
Petitioner's average monthly **balance** was $_____.

I further certify that during the last six (6) months the
Petitioner's average monthly **deposit** was $_____.


_____           _____
TELEPHONE NUMBER                    AUTHORIZED OFFICER OF
INSTITUTION
OF OFFICER FOR VERIFICATION

                                    _____
_____           PRINT NAME OF AUTHORIZED OFFICER
DATE
                                    RETURN COMPLETED FORM TO:
                                        U. S. DISTRICT CLERK
                                    245 E. CAPITOL ST., P.O. Box 23552
                                        JACKSON, MS 39225